**Lyons, Angelique**

**From:** Colleen Marie Greiner <colleen.greiner@spacelabs.com>
**Sent:** Sunday, June 1, 2025 8:31 PM
**To:** Glenn Grindstaff
**Subject:** Employee Meeting Request
**Attachments:** Colleen Greiner Response April 2025.pdf

**Importance:** High

Glenn,

I am disappointed that I find it necessary for me to contact you regarding an ongoing situation. As you may recall, I joined Spacelabs as part of the PeraHealth/Rothman Index acquisition. The transition of the business took longer than I am sure most expected/desired and with the removal of several key PeraHealth employees along the way, it shifted me into filling the gap. A year+ ago, Adam Martin joined the organization and became my direct Manager. Almost from day one, there have been ongoing issues, which include a lack of communication, support and inappropriate, disrespectful, discriminating, and hostile behavior, not only towards me, but others on the team.

I am a seasoned sales professional with extensive sales leadership experience, including over 18 years working for a Fortune 15 company, which included role as VP, Sales leading a team of 250 Sales Reps, with a $1billion annual budget responsibility. The reason I call this out, is that I am an experienced salesperson, with a history of achieving/exceeding assigned budgets. Additionally, I have led and developed high performing sales teams and clearly understand the core characteristics of a leader.

Initially, I assumed the unprofessional, harassing, and discriminatory behavior by Adam Martin would stop/decrease, thinking maybe it was a blind spot for him, as he was settling into a new role (as a leader), but it did not. As such, I scheduled two formal meetings with him over the last year in attempt to resolve the situation. I do not think it is coincidental, that after the meetings with Adam to review his actions/behaviors towards me, that both times, he responded within days citing performance issues. This was further accelerated, with Shalabh leaving, as Adam focused blame on me for his lack of budget attainment/success.

Furthermore, I was issued a PIP, which is not appropriate nor accurate. I scheduled a one/one meeting with Kerry Stevenson afterwards, to review my concerns and informed her that I would be responding with a detailed response (see attached). Kerry responded (see below) the next day, indicating that the PIP would remain, thus refusing to investigate my concerns. Since, we have had weekly meetings, as noted in the PIP, where my voice continues to be silenced, leaving me, as an employee without appropriate HR representation/advocacy.

I am an almost 60 year old, mature female, a veteran with a successful 40+ year work history, who for the first time, is having my performance questioned, inappropriately, in an attempt to remove me from the organization, by a Manager who has displayed strong bias, discriminatory and hostile behavior/actions (as witnessed by others) towards me, which is extremely concerning.

Additionally, I reached out to Adam's Manager (Scott Iserman) over 2 weeks ago regarding my concerns, providing him copy of the attached PIP response and requesting a meeting, and to date I have not received a response, which is why I now find it necessary to escalate my concerns to you.

I appreciate your time and review.

Thank you,
Colleen

Colleen Greiner
The Rothman Index
Spacelabs Healthcare
M: 716-909-6691

**From:** Kerry Stevenson
**Sent:** Tuesday, April 15, 2025 8:20 PM
**To:** Colleen Marie Greiner
**Subject:** RE: Colleen Greiner PIP Response

Hi Colleen,

I've received your feedback and request regarding your Performance Improvement Plan. Receiving feedback can be tough, hard, and uncomfortable. However, the Performance Improvement Plan will remain in effect. Managers are responsible to provide their team members with feedback and performance coaching up to and including PIPs.

As we discussed when you were presented with the Plan, the goal is to show you where performance needs to improve and what specific steps need to be taken by you to bring your performance to the level required. If you want to cancel the weekly meetings, that is a choice you can make. However, under Actions Expected in the document, item 4 is listed as "engage in regular performance reviews".

Both Adam and I are here to provide support for you while you work through the PIP. Those meetings are an opportunity to discuss your progress on the items highlighted and to also discuss any blockers you might be experiencing.

Regards,
**Kerry Stevenson**
Sr. HR Manager

---

**From:** Colleen Marie Greiner
**Sent:** Monday, April 14, 2025 4:05 PM
**To:** Kerry Stevenson
**Subject:** Colleen Greiner PIP Response
**Importance:** High

Good Afternoon Kerry,

As follow up to our conversation on Friday, April 11, 2025, please find my response attached as it pertains to the PIP presented to me on April 4, 2025, by Adam Martin, with your attendance/participation.

I request the Performance Improvement Plan be suspended immediately pending review of my response, along with investigation into the erroneous information provided. This would include cancellation of the scheduled PIP Action Plan Meetings that have been scheduled by Adam Martin, starting this Wednesday. I also ask that as part of the investigation, interviews be conducted with the many Spacelabs team members I work side by side with routinely whom will validate my skillset, performance and continued and tireless effort on behalf of our business.

Please do not hesitate to contact me with any questions or if any additional information is needed. I am confident, that upon review, you will note that the PIP was issued with malicious intent, and as a result swift action should be taken to rectify the situation, not only in removing the PIP, but also ensuring that any future interactions with Adam Martin with myself or anyone else in the business are professional and appropriate in nature, by serving him with appropriate disciplinary action.

Kind Regards,
Colleen
Colleen Greiner
M: 716-909-6691

---

**From:** Colleen Marie Greiner
**Sent:** Friday, May 16, 2025 1:30 PM
**To:** Scott Iserman
**Subject:** Meeting Request

Hi Scott,

It was great seeing you this week. I had hoped to have the ability to speak with you, while we were together, but time did not permit. I wanted to provide my perspective on the ongoing situation and negative perspective on my performance. I was absolutely blindsided last month when I was issued a PIP. I have never, ever had my performance called into question throughout my entire career, until Adam, which is very unsettling.

I do not think it is coincidental, that I scheduled two formal meetings with Adam to review his actions/behaviors towards me (rolling his eyes when I speak, deep sighing, lack of communication/support etc.) and both times, he responded within days citing performance issues.

I know you are extremely busy but would appreciate the opportunity to review this situation with you when you have time. For reference, the response I sent to HR in response to the PIP is attached.

I appreciate your time,
Colleen